RECEIVED
IN ALEXANDRIA, LA.
MAR 12 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MALIK ALQADR IHSAN,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 09-CV-00903 |
| VERSUS | |
| TIMOTHY WILKINSON, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Ihsan's complaint is DISMISSED WITHOUT PREJUDICE for failing to pay the filing fee as ordered.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11ve day of MARCH, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE